# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) BICH NGOC NGUYEN, and <br> (2) THUONG NGOC LE <br> <br> Plaintiffs, <br> <br> v. <br> <br> (1) AMERICAN NATIONAL PROPERTY <br>     AND CASUALTY CO., <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br> <br> <br> Case No. CIV-16-0429-HE <br> <br> Attorney Lien Claimed <br> Jury Trial Demanded |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Bich Ngoc Nguyen and Thuong Ngoc Le, and Defendant, American National Property and Casualty Company, by and through their counsel of record, hereby stipulate to the dismissal with prejudice of this suit, with all parties bearing their own attorneys' fees and costs.

Respectfully submitted,

s/*Timothy B. Hummel (with permission)*
Timothy B. Hummel, OBA #16511
500 W. Main St., Ste. 102
Oklahoma City, OK 73102
(405) 319-0300
(405) 319-0350
tim@hummellawoffice.com

ATTORNEY FOR PLAINTIFFS
BICH NGOC NGUYEN &
THUONG NGOC LE

2

                */s      Andrew C. Jayne*
Andrew C. Jayne, OBA #19493
Tara D. Zickefoose, OBA #31757
Baum Glass & Jayne
401 S. Boston Ave., Ste. 2300
Tulsa, OK 74103
Telephone:   918/938.7944
Facsimile:   918/938.7966
Email: ajayne@bgj-law.com
         tzickefoose@bgj-law.com

ATTORNEYS FOR DEFENDANT
AMERICAN NATIONAL PROPERTY
& CASUALTY, CO.

2